# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Linus Kpaduwa, Mark Doig, Paschal Emelue, Stephanie Wall, Tamara Hutton, Eram Zaidi, Jenny Uzoukwu, Christy Rivera, David Wright, Kerrin Sojourner, Charlotte Kennedy, Valerie Thornton, Ejike Achumba, Jimmy Ajuwa, Marc Nadreau, Folakemi Oredeko | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 19-cv-1101-DSD-JFD<br>21-cv-1991-DSD-JFD |
| UnitedHealth Group, Optum, Inc., Advisory Board Company, The | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The motion for approval [ECF Nos. 41 and 222] are granted;

2. The settlement agreement reached by the parties and the allocation of plaintiffs' settlement amount are approved; and

3. The award of attorneys' fees and costs in the amount of $122,500.00 is approved.

Date: 4/29/2022                                                                                     KATE M. FOGARTY, CLERK